NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGE MILES, JR.,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D16-4094
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed August 17, 2018.

Appeal from the Circuit Court for Polk
County; Jalal Harb, Judge.

Andrea M. Norgard of Norgard,
Norgard & Chastang, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford
Taylor, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, CRENSHAW, and ATKINSON, JJ., Concur.